KERBER STRAW HAT CORPORATION, Respondent, *v.*
FREDERIC W. LINCOLN et al., Doing Business under the
Name of HENRY W. PEABODY & COMPANY, Appellants.

(Submitted November 19, 1934; decided December 4, 1934.)

*Benjamin Jaffe* for appellants.
*Leon Leighton* for respondent.

Order affirmed, with costs. First and third questions certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.